651 A.2d 1028

IN THE MATTER OF FRANK VALENTIN,
AN ATTORNEY AT LAW.

February 1, 1995.

## ORDER

**FRANK VALENTIN of STATEN ISLAND, NEW YORK,** who was admitted to the bar of this State in 1988, having pleaded guilty to criminal sale of a controlled dangerous substance in the third degree [New York Penal Law § 220.39(1) ], a felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), **FRANK VALENTIN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further order of this Court; and it is further

ORDERED that **FRANK VALENTIN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **FRANK VALENTIN** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.